JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RALPH ARREGUIN, | ) | Case No. 11-7252 JFW (AJW) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **J U D G M E N T** |
| C. CHIN, M.D., et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: January 14, 2013

_____
JOHN F. WALTER
United States District Judge